**Helen M. Holmes, Plaintiff-Appellee, v. Birtman Electric Company, et al., Defendants-Appellants.**

**Gen. No. 47,639.**

First District, Third Division.

May 25, 1960.

Hopkins, Sutter, Owen, Mulroy, and Wentz, of Chicago (William C. Childs, of counsel) for Birtman Electric Company, and Wilson, Paul, and Hansen, of Chicago (George A. Hansen, of counsel) for First National Bank of Chicago, defendants-appellants; Irving M. Greenfield and Irving D. Levin (Irving D. Levin, of counsel) for Helen M. Holmes, plaintiff-appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**